Case 3:24-cr-00024   Document 1   Filed on 09/11/24 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED
*September 11, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | CRIMINAL NO. |
| v. | § § | **3:24-cr-24** |
| HAYDEN JUDE SELLERS, DEMETRIC JARAD SANTANA, Defendants | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times material to this Indictment, Subway IP LLC is a Shelton, Connecticut based company, with stores and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

At all times material to this Indictment, Circle K. Stores, Inc. is a Tempe, Arizona based company, with stores and products sold throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

### COUNT ONE

#### Interference With Commerce by Robbery

On January 19, 2024, in the Galveston Division of the Southern District of Texas, the defendant,

**HAYDEN JUDE SELLERS**

did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are

1

defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Subway located at 2521 Ave. J, Galveston, Texas which was in the possession and custody of an employee of Subway, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 19, 2024, in the Galveston Division of the Southern District of Texas, the defendant,

### HAYDEN JUDE SELLERS

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

### Carjacking

On or about January 21, 2024, in the Galveston Division of the Southern District of Texas, the defendant,

### HAYDEN JUDE SELLERS,

did knowingly and intentionally take a motor vehicle, namely a black 2019 Chevrolet Camaro, that had been transported, shipped, and received in interstate commerce from J.C. by force,

violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT FOUR

### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 21, 2024, in the Galveston Division of the Southern District of Texas, the defendant,

**HAYDEN JUDE SELLERS,**

did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Carjacking, as alleged in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FIVE

### Interference With Commerce by Robbery

On January 21, 2024, in the Galveston Division of the Southern District of Texas,

**HAYDEN JUDE SELLERS,**
**DEMETRIC JARAD SANTANA**

defendants herein, aiding and abetting each other, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take and obtain the property of Circle K Gas Station, located at 6902 Seawell Blvd., Galveston, Texas, which was in the possession and custody of an employee of Circle K, namely United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

3

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT SIX

### Brandishing a Firearm During and in Relation to a Crime of Violence

On or about January 21, 2024, in the Galveston Division of the Southern District of Texas,

**HAYDEN JUDE SELLERS,**
**DEMETRIC JARAD SANTANA**

defendants herein, aiding and abetting each other, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SEVEN

### Felon In Possession of a Firearm

On or about January 21, 2024, in the Galveston Division of the Southern District of Texas, the defendant,

**DEMETRIC JARAD SANTANA**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a 9mm Sig Saur, model P-250 pistol, bearing serial number EAK140027 and the firearm has been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 1951, Section 924(c)(1)(A)(ii), and Sections 2119 and 2, as charged in Counts One through Six, is subject to forfeiture, including, but not limited to, the following:

9mm SCCY, CPX-2, Serial Number C323692 semiautomatic pistol;

9mm SCCY, CPX-2 magazine with ammunition

**A TRUE BILL:**

*Original Signature on File*
**FOREPERSON OF THE GRAND JURY**

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**

**BY:** *Keri Fuller*
**Keri Fuller**
**Assistant United States Attorney**