IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Cr. No. G-24-24

HAYDEN JUDE SELLERS

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

Hayden Jude Sellers, moves this Court for a two-week continuance of August 12, 2025, sentencing date and in support of this motion presents the following:

Mr. Sellers has pleaded guilty to interference with commerce by robbery, in violation of 18 U.S.C. § 1951, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Defense Counsel has a funeral for a family member to attend on August 12, 2025.

Assistant United States Attorney Keri Fuller and United States Probation Officer Jennifer Brock are both unopposed to this Motion for Continuance of Sentencing.

<pre>
                                    Respectfully submitted,

                                    PHILIP G. GALLAGHER
                                    Federal Public Defender
                                    Southern District of Texas No. 566458
                                    New Jersey State Bar No. 2320341

                                    By /s/ Kurtis Johnson
                                    KURTIS JOHNSON
                                    Assistant Federal Public Defender
                                    Attorney in Charge
                                    Florida State Bar ID No. 1024789
                                    Southern District of Texas No. 3887381
                                    Attorneys for Defendant
                                    440 Louisiana, Suite 1350
                                    Houston, TX 77002-1056
                                       Telephone:   713.718.4600
                                       Fax:         713.718.4610
</pre>

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Keri Fuller and determined that the United States is unopposed to this Motion for Continuance.

                                s/ Kurtis Johnson
                                KURTIS JOHNSON

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025, a copy of the foregoing Unopposed Motion for Continuance was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Keri Fuller and United States Probation Officer Jennifer Brock.

                                s/ Kurtis Johnson
                                KURTIS JOHNSON