IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. G-24-24

HAYDEN JUDE SELLERS

### ORDER

Hayden Jude Sellers' Unopposed Motion for Continuance is GRANTED. The sentencing is reset to_____2025, at _____ a.m./p.m.

SIGNED at Galveston, Texas, on the _____ day of _____2025.

_____
Honorable Jeffrey Brown
United States District Judge